ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
E-Mail: Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 010171
E-Mail: Priscilla.OBriant@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Third-Party Defendant*
*Nationwide Mutual Insurance Company*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| FANTASTIC INDOOR SWAP MEET, INC., a domestic corporation,<br><br>         Third Party Plaintiff,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio Corporation,<br><br>         Third Party Defendant. | CASE NO.: 2:16-cv-02292-GMN-CWH<br><br>**STIPULATION TO EXTEND THE DATE OF RESPONSE TO FANTASTIC INDOOR SWAP MEET, INC. MOTION FOR REMAND AND INCORPORATED MEMORANDUM OF LAW [dkt. 8] - FIRST REQUEST** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4822-0885-1517.1

IT IS STIPULATED AND AGREED by and between the parties that Nationwide Mutual Insurance Company shall have up to and including November 24, 2016 to file its Response to Fantastic Indoor Swap Meet, Inc.'s *Motion for Remand and Incorporated Memorandum of Law* [dkt. 8].

| | |
|---|---|
| DATED: November 17th 2016 | DATED: November 17th 2016 |
| PENGILLING LAW FRIM | LEWIS BRISBOIS BISGAARD & SMITH |
| BY /s/ Robert T. Robbins<br>ROBERT T. ROBBINS, ESQ.<br>Nevada Bar No. 06109<br>*Attorneys for Plaintiff* | BY /s/ Priscilla L. O'Briant<br>PRISCILLA L. O'BRIANT, ESQ.<br>NV Bar No. 10171<br>*Attorneys for Defendant* |

IT IS SO ORDERED.

Dated this 17 day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE