ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
E-Mail: Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 010171
E-Mail: Priscilla.OBriant@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Third-Party Defendant*
*Nationwide Mutual Insurance Company*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| FANTASTIC INDOOR SWAP MEET, INC., a domestic corporation,<br><br>Third Party Plaintiff,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio Corporation,<br><br>Third Party Defendant. | CASE NO.: 2:16-cv-02292-GMN-CWH<br><br>**STIPULATION TO EXTEND THE DATE OF RESPONSE TO FANTASTIC INDOOR SWAP MEET, INC. MOTION FOR REMAND AND INCORPORATED MEMORANDUM OF LAW [dkt. 8] - FIRST REQUEST** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4822-0885-1517.1

1    IT IS STIPULATED AND AGREED by and between the parties that Nationwide Mutual

2    Insurance Company shall have up to and including November 24, 2016 to file its Response to

3    Fantastic Indoor Swap Meet, Inc.'s *Motion for Remand and Incorporated Memorandum of Law*

4    [dkt. 8].

5    DATED: November 17th 2016                    DATED: November 17th 2016

6    PENGILLING LAW FRIM                          LEWIS BRISBOIS BISGAARD & SMITH

7    BY  /s/  Robert T. Robbins_____             BY  /s/  Priscilla L. O'Briant_____
8    ROBERT T. ROBBINS, ESQ.                       PRISCILLA L. O'BRIANT, ESQ.
     Nevada Bar No. 06109                          NV Bar No. 10171
9    *Attorneys for Plaintiff*                     *Attorneys for Defendant*

10

11       IT IS SO ORDERED.

12                       Dated  this ___17___ day of November, 2016.

13

14                       _____
                              UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW